IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY BELTRAMEA,<br><br>Defendant,<br><br>and concerning<br><br>ANGELWING EQUITY, LLC and<br>RANDY L. BELTRAMEA, LLC,<br><br>Claimants. | No. CR13-0020<br><br>FINAL ORDER EXTENDING DEADLINE |

This matter comes before the Court on the Third Motion for Extension of Time to Extend Dispositive Motions Deadline and Time to Respond to Pending Motions Deadline (docket number 205) filed by the United States on January 5, 2015. The United States asks the Court to extend the deadline for filing a dispositive motion, and to respond to dispositive motions filed by the Claimants, for an additional 14 days. According to the motion, the Claimants do not resist.

The procedural history in this case was described in my Report and Recommendation (docket number 185) filed on September 3, 2014, and will not be repeated here. On September 24, 2014, the Court entered an Order requiring all discovery to be completed not later than October 31, with dispositive motions filed not later than December 1. Claimants Angelwing Equity, LLC and Randy L. Beltramea, LLC timely filed their motions for summary judgment on December 1. The United States, however, filed a motion for extension of time, citing a recent death in counsel's family and advising

the Court that additional time was needed to discuss possible settlement offers. The deadline for the United States to file a dispositive motion was extended to December 22.

On December 22 — the deadline for it to file a dispositive motion — the Government filed a second motion for extension of time. In addition, the United States asked that the deadline for filing a response to Claimants' motions for summary judgment be extended an additional 14 days.[1] The Court extended the deadlines to January 5, 2015.

Now — again on the deadline for filing a dispositive motion or responding to Claimants' motions — the United States asks for a third extension. Assuring the Court that "[n]o additional extensions will be requested," the United States asks for an additional 14 days. The reasons stated for the requested extension are essentially the same as those identified in the December 22 motion. Nonetheless, the Court finds that one additional extension should be granted.

## ORDER

IT IS THEREFORE ORDERED that the Third Motion for Extension (docket number 205) filed by the United States is **GRANTED**. The deadline for the United States to file a dispositive motion, or to respond to Claimant's motions for summary judgment, is **EXTENDED** to **January 19, 2015**.

DATED this 5th day of January, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

---

[1] The motion states that the deadline for responding to Claimants' motions for summary judgment was December 22. In fact, however, because of the "three-day rule," Christmas, and the fact the courthouse was closed the day after Christmas, I believe the deadline for responding to the motions for summary judgment was not until December 29. *See* Local Rules 56.b and 6 and FED. R. CIV. P. 6(a).